1  IGNACIA S. MORENO
   Assistant Attorney General
2  Andrew J. Doyle (Fl. Bar No. 84948)
   Senior Attorney
3  United States Department of Justice
   Environment and Natural Resources Division
4  P.O. Box 7611
   Washington, DC  20044  / (202) 514-4427
5  BENJAMIN B. WAGNER
   United States Attorney
6  Sylvia Quast (Ca. Bar No. 159011)
   Assistant United States Attorney
7  501 I Street, Suite 10-100
   Sacramento, CA  95814  / (916) 554-2700
8
   Attorneys for Plaintiff United States of America
9
               IN THE UNITED STATES DISTRICT COURT
10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11
   UNITED STATES OF AMERICA,    )
12                              )       No. 2:13-CV-848-MCE-CMK
                                )
      Plaintiff,                )
13                              )
                                )
        v.                      )
14                              )       STIPULATION REGARDING
                                )       JOINT STATUS REPORT
   MATTHEW R.                   )       DEADLINE AND DEFENDANT
15 ANCHORDOGUY, et al.,         )       JOHN BARLOW; ORDER
                                )       THEREON
16    Defendants.               )
                                )
17

18       Plaintiff United States of America and Defendants Matthew Anchordoguy,

19 Anchordoguy and Company Limited Partnership, and John Barlow stipulate and

20 agree as follows:

   Stipulation                              1

1.   On May 1, 2013, the United States filed a complaint.  ECF No. 2.

2.   The same day, the Court issued an Order directing the parties to file a joint status report "[w]ithin sixty (60) days of <u>service</u> of the complaint on any party[.]"  ECF No. 4 (emphasis added).

3.   On May 2, 2013, the United States notified Defendants about the complaint and requested that they waive service.  <u>See</u> Fed. R. Civ. P. 4(d)(1).

4.   Shortly thereafter, Defendants did, in fact, waive service.  <u>See</u> ECF Nos. 5 (Matthew Anchordoguy), 6 (Anchordoguy and Company Limited Partership), and 7 (John Barlow).

5.   Because they have waived service, Defendants have 60 days from the date of the United States' request, i.e., through and including July 1, 2013, to answer the complaint.  <u>See</u> Fed. R. Civ. P. 4(d)(3), 12(a)(1)(A)(ii).

6.   The first purpose of this stipulation is to correct the middle initial of Defendant John Barlow.

7.   As he noted when waiving service, <u>see</u> ECF No. 7, Defendant John Barlow's correct middle initial is "R" rather than "M" as alleged in the complaint.

8.   All references in the complaint to "John M. Barlow" shall be construed as "John R. Barlow," and the Clerk shall correct the docket accordingly.

Stipulation                                          2

9.      The second purpose of this stipulation is to establish a deadline for the parties to file the joint status report that is both consistent with the Order and takes into account that Defendants have waived service.

10.     The deadline for the parties to file the joint status report is 46 days from the filing of answer(s) to the complaint.[1]

STIPULATED AND AGREED TO ON BEHALF OF PLAINTIFF:

IGNACIA S. MORENO
Assistant Attorney General

Dated: May 17, 2013                    __/s/ Andrew J. Doyle_____
                                       Andrew J. Doyle (Fl. Bar No. 84948)
                                       Senior Attorney
                                       United States Department of Justice
                                       Environment and Natural Resources
                                       Division
                                       P.O. Box 7611
                                       Washington, DC  20044
                                       (202) 514-4427 (phone)
                                       (202) 514-8865 (fax)
                                       andrew.doyle@usdoj.gov

                                       BENJAMIN B. WAGNER
                                       United States Attorney
                                       Sylvia Quast (Ca. Bar No. 159011)
                                       Assistant United States Attorney
                                       501 I Street, Suite 10-100
                                       Sacramento, CA  95814
                                       (916) 554-2700 (phone)
                                       sylvia.quast@usdoj.gov

---

[1] Thus, if Defendants answer the complaint on July 1, the joint report will be due August 16.

Stipulation                              3

1   STIPULATED AND AGREED TO ON BEHALF OF DEFENDANTS:

2
    Dated: May 17, 2013                          __/s/ B. Demar Hooper___
3                                                B. Demar Hooper, Esq.
                                                 3910 Knollwood Court
4                                                Sacramento, CA  95821
                                                 (916) 849-3447 (phone)
5                                                demar@bdhooperlaw.com

6
                                        ORDER
7

8       In accordance with the foregoing stipulation and good cause appearing,

9       IT IS SO ORDERED.

10  DATED:  June 5, 2013

11

12  _____

13  MORRISON C. ENGLAND, JR., CHIEF JUDGE
    UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20
    Stipulation                          4