IGNACIA S. MORENO
Assistant Attorney General
Andrew J. Doyle (Fl. Bar No. 84948)
Senior Attorney
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC  20044  / (202) 514-4427
BENJAMIN B. WAGNER
United States Attorney
Sylvia Quast (Ca. Bar No. 159011)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814  / (916) 554-2700

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW R. ANCHORDOGUY, et al.,<br><br>Defendants. | No. 2:13-CV-848-MCE-CMK<br><br>STIPULATION REGARDING JOINT STATUS REPORT DEADLINE AND DEFENDANT JOHN BARLOW; ORDER THEREON |

Plaintiff United States of America and Defendants Matthew Anchordoguy, Anchordoguy and Company Limited Partnership, and John Barlow stipulate and agree as follows:

Stipulation                                        1

1. On May 1, 2013, the United States filed a complaint.  ECF No. 2.

2. The same day, the Court issued an Order directing the parties to file a joint status report "[w]ithin sixty (60) days of service of the complaint on any party[.]"  ECF No. 4 (emphasis added).

3. On May 2, 2013, the United States notified Defendants about the complaint and requested that they waive service.  See Fed. R. Civ. P. 4(d)(1).

4. Shortly thereafter, Defendants did, in fact, waive service.  See ECF Nos. 5 (Matthew Anchordoguy), 6 (Anchordoguy and Company Limited Partership), and 7 (John Barlow).

5. Because they have waived service, Defendants have 60 days from the date of the United States' request, i.e., through and including July 1, 2013, to answer the complaint.  See Fed. R. Civ. P. 4(d)(3), 12(a)(1)(A)(ii).

6. The first purpose of this stipulation is to correct the middle initial of Defendant John Barlow.

7. As he noted when waiving service, see ECF No. 7, Defendant John Barlow's correct middle initial is "R" rather than "M" as alleged in the complaint.

8. All references in the complaint to "John M. Barlow" shall be construed as "John R. Barlow," and the Clerk shall correct the docket accordingly.

9. The second purpose of this stipulation is to establish a deadline for the parties to file the joint status report that is both consistent with the Order and takes into account that Defendants have waived service.

10. The deadline for the parties to file the joint status report is 46 days from the filing of answer(s) to the complaint.[1]

STIPULATED AND AGREED TO ON BEHALF OF PLAINTIFF:

IGNACIA S. MORENO
Assistant Attorney General

Dated: May 17, 2013

__/s/ Andrew J. Doyle_____
Andrew J. Doyle (Fl. Bar No. 84948)
Senior Attorney
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC  20044
(202) 514-4427 (phone)
(202) 514-8865 (fax)
andrew.doyle@usdoj.gov

BENJAMIN B. WAGNER
United States Attorney
Sylvia Quast (Ca. Bar No. 159011)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700 (phone)
sylvia.quast@usdoj.gov

---

[1] Thus, if Defendants answer the complaint on July 1, the joint report will be due August 16.

Stipulation                                           3

STIPULATED AND AGREED TO ON BEHALF OF DEFENDANTS:

Dated: May 17, 2013         __/s/ B. Demar Hooper___
                             B. Demar Hooper, Esq.
                             3910 Knollwood Court
                             Sacramento, CA  95821
                             (916) 849-3447 (phone)
                             demar@bdhooperlaw.com


ORDER

In accordance with the foregoing stipulation and good cause appearing,

IT IS SO ORDERED.

DATED:  June 5, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Stipulation                    4