1   ROBERT G. DREHER
    Acting Assistant Attorney General
2   Andrew J. Doyle (Fl. Bar No. 84948)
    Senior Attorney
3   United States Department of Justice
    Environment and Natural Resources Division
4   P.O. Box 7611
    Washington, DC  20044   / (202) 514-4427
5   BENJAMIN B. WAGNER
    United States Attorney
6   Sylvia Quast (Ca. Bar No. 159011)
    Executive Assistant United States Attorney
7   501 I Street, Suite 10-100
    Sacramento, CA  95814  / (916) 554-2700
8
    Attorneys for Plaintiff United States of America
9
                IN THE UNITED STATES DISTRICT COURT
10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11                                    )
    UNITED STATES OF AMERICA,         )
12                                    )
              Plaintiff,              )       No. 2:13-CV-848-MCE-CMK
13                                    )
                 v.                   )
14                                    )       STIPULATION REGARDING
    MATTHEW R.                        )       ANSWER DEADLINE;
15  ANCHORDOGUY, et al.,              )       ORDER THEREON
                                      )
16            Defendants.             )
                                      )
17

18        Plaintiff United States of America and Defendants Matthew Anchordoguy,

19  Anchordoguy and Company Limited Partnership, and John Barlow stipulate and

20  agree as follows:

        Stipulation                          1

1    1.    The current deadline for Defendants to answer or otherwise respond to

2  the complaint is July 1, 2013.  See Fed. R. Civ. P. 4(d)(3), 12(a)(1)(A)(ii); ECF

3  Nos. 5, 6, 7.

4    2.    Defendants seek an additional 30 days to answer or otherwise respond

5  to the complaint, and the United States does not object to that request.

6    3.    The new deadline for Defendants to answer or otherwise respond to

7  the complaint is August 1, 2013.

8    4.    The deadline for the parties to file a joint status report remains as set

9  forth in paragraph 10 of the Court-approved Stipulation Regarding Joint Status

10  Report Deadline and Defendant John Barlow (ECF Nos. 9, 10):  46 days from the

11  filing of answer(s) or other responsive pleading(s) to the complaint.[1]

12  STIPULATED AND AGREED TO ON BEHALF OF PLAINTIFF:

13                                            ROBERT G. DREHER
                                              Acting Assistant Attorney General

14
     Dated: June 17, 2013                     /s/ Andrew J. Doyle_____
15                                            Andrew J. Doyle (Fl. Bar No. 84948)
                                              Senior Attorney
16                                            United States Department of Justice
                                              Environment and Natural Resources
17                                            Division
                                              P.O. Box 7611
18                                            Washington, DC  20044
                                              (202) 514-4427 (phone)
19

20  [1] Thus, if Defendants answer the complaint on August 1, the report will be due September 16.

Stipulation                              2

1

(202) 514-8865 (fax)
andrew.doyle@usdoj.gov

2

3

BENJAMIN B. WAGNER
United States Attorney
Sylvia Quast (Ca. Bar No. 159011)
Executive Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700 (phone)
sylvia.quast@usdoj.gov

4

5

6

7

STIPULATED AND AGREED TO ON BEHALF OF DEFENDANTS:

8

9

Dated: June 17, 2013

*/s/ B. Demar Hooper*
B. Demar Hooper, Esq.
3910 Knollwood Court
Sacramento, CA  95821
(916) 849-3447 (phone)
demar@bdhooperlaw.com

10

11

12

13

Dated:  June 17, 2013

DOWNEY BRAND, LLP

14

By */s/ Robert P. Soran*
Robert P. Soran, Esq.
621 Capitol Mall, 18th Floor
Sacramento, CA  95814
(916) 444-1000 (phone)
rsoran@downeybrand.com

15

16

17

18

19

20

Stipulation                                   3

1

ORDER

2        In accordance with the foregoing stipulation and good cause appearing,

3        IT IS SO ORDERED.

4    DATED:  June 20, 2013

5

6    _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE
     UNITED STATES DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

Stipulation                                          4