1  ROBERT G. DREHER
   Acting Assistant Attorney General
2  Andrew J. Doyle (Fl. Bar No. 84948)
   Senior Attorney
3  United States Department of Justice
   Environment and Natural Resources Division
4  P.O. Box 7611
   Washington, DC  20044  / (202) 514-4427
5  BENJAMIN B. WAGNER
   United States Attorney
6  Sylvia Quast (Ca. Bar No. 159011)
   Executive Assistant United States Attorney
7  501 I Street, Suite 10-100
   Sacramento, CA  95814  / (916) 554-2700

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 2:13-CV-848-MCE-CMK |
| v. | |
| MATTHEW R. ANCHORDOGUY, et al., | STIPULATION REGARDING ANSWER DEADLINE; ORDER THEREON |
| Defendants. | |

Plaintiff United States of America and Defendants Matthew Anchordoguy, Anchordoguy and Company Limited Partnership, and John Barlow stipulate and agree as follows:

Stipulation                                1

1. The current deadline for Defendants to answer or otherwise respond to the complaint is July 1, 2013.  <u>See</u> Fed. R. Civ. P. 4(d)(3), 12(a)(1)(A)(ii); ECF Nos. 5, 6, 7.

2. Defendants seek an additional 30 days to answer or otherwise respond to the complaint, and the United States does not object to that request.

3. The new deadline for Defendants to answer or otherwise respond to the complaint is August 1, 2013.

4. The deadline for the parties to file a joint status report remains as set forth in paragraph 10 of the Court-approved Stipulation Regarding Joint Status Report Deadline and Defendant John Barlow (ECF Nos. 9, 10):  46 days from the filing of answer(s) or other responsive pleading(s) to the complaint.[1]

STIPULATED AND AGREED TO ON BEHALF OF PLAINTIFF:

ROBERT G. DREHER
Acting Assistant Attorney General

Dated: June 17, 2013

*/s/ Andrew J. Doyle*
Andrew J. Doyle (Fl. Bar No. 84948)
Senior Attorney
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC  20044
(202) 514-4427 (phone)

---

[1] Thus, if Defendants answer the complaint on August 1, the report will be due September 16.

Stipulation                              2

(202) 514-8865 (fax)
andrew.doyle@usdoj.gov

BENJAMIN B. WAGNER
United States Attorney
Sylvia Quast (Ca. Bar No. 159011)
Executive Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700 (phone)
sylvia.quast@usdoj.gov

STIPULATED AND AGREED TO ON BEHALF OF DEFENDANTS:

Dated: June 17, 2013              */s/ B. Demar Hooper*
                                  B. Demar Hooper, Esq.
                                  3910 Knollwood Court
                                  Sacramento, CA  95821
                                  (916) 849-3447 (phone)
                                  demar@bdhooperlaw.com

Dated:  June 17, 2013             DOWNEY BRAND, LLP

                                  By */s/ Robert P. Soran*
                                  Robert P. Soran, Esq.
                                  621 Capitol Mall, 18th Floor
                                  Sacramento, CA  95814
                                  (916) 444-1000 (phone)
                                  rsoran@downeybrand.com

Stipulation                                3

ORDER

In accordance with the foregoing stipulation and good cause appearing,

IT IS SO ORDERED.

DATED: June 20, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT