ROBERT G. DREHER
Acting Assistant Attorney General
Andrew J. Doyle (Fl. Bar No. 84948)
Senior Attorney
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC  20044  / (202) 514-4427
BENJAMIN B. WAGNER
United States Attorney
Sylvia Quast (Ca. Bar No. 159011)
Executive Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814  / (916) 554-2700

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW R. ANCHORDOGUY, et al.,<br><br>    Defendants. | No. 2:13-CV-848-MCE-CMK<br><br>STIPULATION REGARDING ANSWER AND JOINT STATUS REPORT DEADLINE;<br>ORDER THEREON |

      Plaintiff United States of America and Defendants Matthew Anchordoguy, Anchordoguy and Company Limited Partnership, and John Barlow stipulate and agree as follows:

Stipulation                                                1

1.     The current deadline for Defendants to answer or otherwise respond to the complaint is August 1, 2013.  See ECF No. 12.

2.     Defendants seek additional time to answer or otherwise respond to the complaint, and the United States does not object to that request because (a) Defendants have offered, and agreed, to provide the United States with certain discoverable information by August 22, 2013; and (b) the parties have tentatively planned to confer about such information on a mutually agreeable date and time during the week of September 9, 2013.

3.     The new deadline for Defendants to answer or otherwise respond to the complaint is September 27, 2013.

4.     The new deadline for the parties to file a joint status report is 30 days from the filing of answer(s) or other responsive pleading(s) to the complaint; this supersedes the 46-day deadline set forth in paragraph 10 of the Court-approved Stipulation Regarding Joint Status Report Deadline and Defendant John Barlow (ECF Nos. 9, 10).[1]

---

[1] Thus, if Defendants answer the complaint on September 27, the report will be due October 28. (October 27 is a Sunday.)

Stipulation                                         2

STIPULATED AND AGREED TO ON BEHALF OF PLAINTIFF:

                                        ROBERT G. DREHER
                                        Acting Assistant Attorney General

Dated: July 30, 2013                */s/ Andrew J. Doyle*
                                        Andrew J. Doyle (Fl. Bar No. 84948)
                                        Senior Attorney
                                        United States Department of Justice
                                        Environment and Natural Resources
                                        Division
                                        P.O. Box 7611
                                        Washington, DC  20044
                                        (202) 514-4427 (phone)
                                        (202) 514-8865 (fax)
                                        andrew.doyle@usdoj.gov

                                        BENJAMIN B. WAGNER
                                        United States Attorney
                                        Sylvia Quast (Ca. Bar No. 159011)
                                        Executive Assistant U.S. Attorney
                                        501 I Street, Suite 10-100
                                        Sacramento, CA  95814
                                        (916) 554-2700 (phone)
                                        sylvia.quast@usdoj.gov

STIPULATED AND AGREED TO ON BEHALF OF DEFENDANTS:

Dated: July 30, 2013                */s/ B. Demar Hooper*
                                        B. Demar Hooper, Esq.
                                        3910 Knollwood Court
                                        Sacramento, CA  95821
                                        (916) 849-3447 (phone)
                                        demar@bdhooperlaw.com

Stipulation                             3

1 | Dated:  July 30, 2013                                     DOWNEY BRAND, LLP

2 | By */s/ Robert P. Soran*
Robert P. Soran, Esq.
3 | 621 Capitol Mall, 18th Floor
Sacramento, CA  95814
4 | (916) 444-1000 (phone)
rsoran@downeybrand.com

ORDER

In accordance with the foregoing stipulation and good cause appearing, IT IS SO ORDERED.  The new deadline for Defendants to answer or otherwise respond to the complaint is September 27, 2013.  The new deadline for the parties to file a joint status report is 30 days from the filing of answer(s) or other responsive pleading(s) to the complaint.

Dated:  August 2, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Stipulation                                                        4