ROBERT G. DREHER
Acting Assistant Attorney General
Andrew J. Doyle (Fl. Bar No. 84948)
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC  20044  / (202) 514-4427
BENJAMIN B. WAGNER
United States Attorney
Sylvia Quast (Ca. Bar No. 159011)
Executive Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814  / (916) 554-2700

Attorneys for Plaintiff United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW R. ANCHORDOGUY, et al.,<br><br>Defendants. | No. 2:13-CV-848-MCE-CMK<br><br>STIPULATION REGARDING JOINT STATUS REPORT; ORDER |

    Plaintiff United States of America and Defendants Matthew R. Anchordoguy, Anchordoguy and Company Limited Partnership, and John R. Barlow stipulate and agree as follows:

1

1.      The current deadline for the parties to file a joint status report, as required by the Court's Order of May 1, 2013, is October 28, 2013 (i.e., 30 days from September 27, 2103, when Defendants filed their answer).  See ECF Nos. 4, 13, 14, 15.

2.      The United States seeks additional time to meet this deadline because at the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed.  The same is true for most Executive agencies, including the United States Environmental Protection Agency ("EPA"), on whose behalf this case was brought.  Absent an appropriation, Department of Justice attorneys and employees of EPA are prohibited from working, even on a voluntary basis, except in certain limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.

3.      Defendants do not object to the additional time sought by the United States.

4.      The new deadline for the parties to file a joint status report is November 22, 2013.

STIPULATED AND AGREED TO ON BEHALF OF PLAINTIFF:

          ROBERT G. DREHER
          Acting Assistant Attorney General

Dated: October 7, 2013          */s/ Andrew J. Doyle*
          Andrew J. Doyle (Fl. Bar No. 84948)
          Trial Attorney
          United States Department of Justice
          Environment and Natural Resources Division
          P.O. Box 7611
          Washington, DC  20044
          (202) 514-4427 (phone)
          (202) 514-8865 (fax)
          andrew.doyle@usdoj.gov

          BENJAMIN B. WAGNER
          United States Attorney
          Sylvia Quast (Ca. Bar No. 159011)
          Executive Assistant U.S. Attorney
          501 I Street, Suite 10-100
          Sacramento, CA  95814
          (916) 554-2700 (phone)
          sylvia.quast@usdoj.gov

STIPULATED AND AGREED TO ON BEHALF OF DEFENDANTS:

Dated: October 7, 2013          */s/ B. Demar Hooper*
          B. Demar Hooper, Esq.
          3910 Knollwood Court
          Sacramento, CA  95821
          (916) 849-3447 (phone)
          demar@bdhooperlaw.com

1 | Dated: October 7, 2013          DOWNEY BRAND, LLP

2          By */s/ Robert P. Soran*
         Robert P. Soran, Esq.

3          621 Capitol Mall, 18th Floor
         Sacramento, CA 95814

4          (916) 444-1000 (phone)
         rsoran@downeybrand.com

9                                 ORDER

10    In accordance with the foregoing stipulation and good cause appearing,

11    IT IS SO ORDERED.

12 | Dated: October 8, 2013

13         _____

14         MORRISON C. ENGLAND, JR., CHIEF JUDGE
        UNITED STATES DISTRICT COURT