| | |
|---|---|
| DOWNEY BRAND LLP<br>ROBERT P. SORAN (SBN. 169577)<br>G. BRAIDEN CHADWICK (SBN 227536)<br>GRAHAM ST. MICHEL (SBN 261882)<br>ASHLEY M. PORTER (SBN 285305)<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA  95814-4686<br>Telephone: (916) 444-1000<br>Facsimile: (916) 444-2100<br>rsoran@downeybrand.com<br>bchadwick@downeybrand.com<br>gstmichel@downeybrand.com<br>aporter@downeybrand.com<br><br>Attorneys for Defendants<br>MATTHEW R. ANCHORDOGUY,<br>ANCHORDOGUY AND COMPANY<br>LIMITED PARTNERSHIP, and JOHN R. BARLOW | ROBERT G. DREHER<br>Acting Assistant Attorney General<br>Andrew J. Doyle (Fl. Bar No. 84948)<br>Trial Attorney<br>United States Department of Justice<br>Environment and Natural Resources Division<br>P.O. Box 7611<br>Washington, DC  20044 (202) 514-4427<br>BENJAMIN B. WAGNER<br>United States Attorney<br>Sylvia Quast (Ca. Bar No. 159011)<br>Executive Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA  95814 (916) 554-2700<br><br>Attorneys for Plaintiff UNITED STATES OF AMERICA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>MATTHEW R. ANCHORDOGUY,<br>ANCHORDOGUY AND COMPANY<br>LIMITED PARTNERSHIP, and JOHN R. BARLOW,<br><br>   Defendants. | Case No.  2:13-CV-848-MCE-CMK<br><br>**STIPULATION REGARDING JOINT STATUS REPORT; ORDER THEREON** |

Plaintiff United States of America and Defendants Matthew R. Anchordoguy, Anchordoguy and Company Limited Partnership, and John R. Barlow stipulate and agree as follows:

1. The current deadline for the parties to file the Joint Status Report, as provided for by the Court's Order of October 8, 2013, is November 22, 2013.  See ECF No. 17.

2. Since establishing this deadline, lead counsel for Defendants, who is handling the negotiations of the issues arising in the Joint Status Report, has learned that he is to undergo

required surgery that is now scheduled for November 15, 2013.  It is anticipated that lead counsel for Defendants will be out of the office for approximately one week following surgery.  Accordingly, to allow lead counsel for both parties sufficient time to properly complete the Joint Status Report and negotiate the remaining issues arising from it, the parties mutually agree to extend the time to file the Joint Status Report, and request the Court issue an order approving of said stipulated extension.

   3. The new deadline for the parties to file the Joint Status Report is December 4, 2013.

STIPULATED AND AGREED TO ON BEHALF OF PLAINTIFF:

           ROBERT G. DREHER
           Acting Assistant Attorney General

Dated: November 14, 2013    */s/ Andrew J. Doyle*
           Andrew J. Doyle (Fl. Bar No. 84948)
           Trial Attorney
           United States Department of Justice
           Environment and Natural Resources Division
           P.O. Box 7611
           Washington, DC  20044
           (202) 514-4427 (phone)
           (202) 514-8865 (fax)
           andrew.doyle@usdoj.gov

           BENJAMIN B. WAGNER
           United States Attorney
           Sylvia Quast (Ca. Bar No. 159011)
           Executive Assistant U.S. Attorney
           501 I Street, Suite 10-100
           Sacramento, CA  95814
           (916) 554-2700 (phone)
           sylvia.quast@usdoj.gov

1  STIPULATED AND AGREED TO ON BEHALF OF DEFENDANTS:

2  Dated: November 14, 2013                By /s/ B. Demar Hooper
                                             B. Demar Hooper, Esq.
3                                            3910 Knollwood Court
                                             Sacramento, CA  95821
4                                            (916) 849-3447 (phone)
                                             demar@bdhooperlaw.com
5

6

7  Dated: November 14, 2013                DOWNEY BRAND, LLP

8                                          By /s/ Robert P. Soran
                                             Robert P. Soran, Esq.
9                                            621 Capitol Mall, 18th Floor
                                             Sacramento, CA  95814
10                                           (916) 444-1000 (phone)
                                             rsoran@downeybrand.com
11

12

13

14

15                                         ORDER

16     IT IS SO ORDERED.

17  Dated:  November 18, 2013

18
                                       _____
19                                     MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                       UNITED STATES DISTRICT COURT
20

21

22

23

24

25

26

27

28

1346494.1                                  3

**STIPULATION REGARDING JOINT STATUS REPORT; ORDER THEREON**