1  ROBERT G. DREHER
   Acting Assistant Attorney General
2  Andrew J. Doyle (Fl. Bar No. 84948)
   Trial Attorney
3  United States Department of Justice
   Environment and Natural Resources Division
4  P.O. Box 7611
   Washington, DC  20044   / (202) 514-4427
5
   Attorneys for Plaintiff
6

7  DOWNEY BRAND LLP
   Robert P. Soran, Esq.
8  Olivia M. Wright, Esq.
   621 Capitol Mall, 18th Floor
9  Sacramento, CA  95814 / (916) 444-1000
   rsoran@downeybrand.com
10

11 Attorneys for Defendants

12
                IN THE UNITED STATES DISTRICT COURT
13              FOR THE EASTERN DISTRICT OF CALIFORNIA

14
                                    )
15 UNITED STATES OF AMERICA,         )
                                     )   No. 2:13-CV-848-MCE-CMK
16          Plaintiff,               )
                                     )   STIPULATION AND ORDER  Re:
17      v.                           )   STAY
                                     )
18 MATTHEW R.                        )
   ANCHORDOGUY, et al.,              )
                                     )
19          Defendants.              )
                                     )
20

                                     1

STAY ORDER

In accordance with the parties' joint stipulation and motion to immediately stay discovery and litigation, ECF No. 26, filed on March 28, 2014, this action is immediately STAYED through and including April 30, 2014. If a proposed consent decree is lodged on or before April 30, 2014, the stay will be extended automatically through entry of the decree or until such time as the Court orders that the stay be lifted. If a proposed consent decree is not lodged on or before April 30, 2014, the stay will lift automatically as of May 1, 2014.

IT IS SO ORDERED.

Dated: April 8, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT