IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MATTHEW R. ANCHORDOGUY, et al.,

Defendants.

No. 2:13-CV-848-MCE-CMK

ORDER CONTINUING STAY

In accordance with the Parties' stipulation and motion for further stay, ECF No. 28, and good cause appearing, the stay of discovery and litigation entered on April 8, 2014, ECF No. 27, is hereby continued.  If a proposed consent decree is lodged on or before May 30, 2014, the stay will be extended automatically through entry of the decree or until such time as the Court orders that the stay be lifted.  If a proposed consent decree is not lodged on or before May 30, 2014, the stay will lift automatically as of June 1, 2014.

IT IS SO ORDERED.

Dated:  May 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT