IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )       No. 2:13-cv-848-MCE-CMK
            Plaintiff,           )
                                )
            v.                   )       ORDER CONTINUING STAY
                                )
MATTHEW R.                       )
ANCHORDOGUY, et al.,            )
                                )
            Defendants.          )
                                )

        In accordance with the Parties' stipulation and motion for further stay, ECF

No. 30, and good cause appearing, the stay of discovery and litigation previously

entered is hereby continued.  If a proposed consent decree is lodged on or before

July 15, 2014, the stay will be extended automatically through entry of the decree

or until such time as the Court orders that the stay be lifted.  If a proposed consent

decree is not lodged on or before July 15, 2014, the stay will lift automatically as

of July 16, 2014.

        IT IS SO ORDERED.

DATED:  June 13, 2014

_____
MORRISON C. ENGLAND, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT