1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,     )
                                   )        No. 2:13-CV-848-MCE-CMK
11        Plaintiff,               )
                                   )
12        v.                       )        ORDER REINSTATING STAY
                                   )
13   MATTHEW R.                    )
     ANCHORDOGUY, et al.,          )
14                                 )
          Defendants.              )
15                                 )

16       In accordance with the Parties' stipulation and motion to reinstate stay, ECF

17   No. 33, and good cause appearing, the stay of discovery and litigation previously

18   entered is hereby reinstated.  If a proposed consent decree is lodged on or before

19   August 8, 2014, the stay will be extended automatically through entry of the decree

20   or until such time as the Court orders that the stay be lifted.  If a proposed consent

1   decree is not lodged on or before August 8, 2014, the stay will lift automatically as

2   of August 11, 2014.

3        IT IS SO ORDERED.

4   Dated:  July 22, 2014

5   _____

    MORRISON C. ENGLAND, JR., CHIEF JUDGE
6   UNITED STATES DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20