IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW R. ANCHORDOGUY, et al.,<br><br>Defendants. | No. 2:13-CV-848-MCE-CMK<br><br>ORDER CONTINUING STAY |

In accordance with the Parties' stipulation and motion to reinstate stay, ECF No. 35, and good cause appearing, the stay of discovery and litigation previously reinstated is hereby continued. If a proposed consent decree is lodged on or before August 15, 2014, the stay will be extended automatically through entry of the decree or until such time as the Court orders that the stay be lifted. If a proposed consent decree is not lodged on or before August 15, 2014, the stay will lift automatically as of August 18, 2014.

IT IS SO ORDERED.

Dated: September 3, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT