SAM HIRSCH
Acting Assistant Attorney General
Andrew J. Doyle (Fl. Bar No. 84948)
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC  20044   / (202) 514-4427

Attorneys for Plaintiff


DOWNEY BRAND LLP
Robert P. Soran, Esq.
621 Capitol Mall, 18th Floor
Sacramento, CA  95814 / (916) 444-1000
rsoran@downeybrand.com


Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-cv-00848-MCE-CMK |
| Plaintiff, | |
| v. | STIPULATION AND MOTION TO FOREGO HEARING; ORDER THEREON |
| MATTHEW R. ANCHORDOGUY, et al., | |
| Defendants. | |

Stipulation and Motion to Forego Hearing      1

Pursuant to Local Rule 230(g) and the Minute Order of October 15, 2014 (ECF No. 40), the Parties – i.e., Plaintiff United States of America ("United States") and Defendants Matthew R. Anchordoguy, Anchordoguy and Company Limited Partnership, and John R. Barlow ("Defendants") – hereby stipulate to forego any hearing on the United States' Unopposed Motion to Approve Consent Decree (ECF No. 39). The motion is submitted upon the record and briefs on file.

RESPECTFULLY SUBMITTED ON BEHALF OF PLAINTIFF:

    SAM HIRSCH
    Acting Assistant Attorney General

Dated: October 30, 2014    /s/ Andrew J. Doyle
    Andrew J. Doyle (Fl. Bar No. 84948)
    Trial Attorney
    United States Department of Justice
    Environment and Natural Resources Division
    P.O. Box 7611
    Washington, DC 20044
    (202) 514-4427 (phone)
    (202) 514-8865 (fax)
    andrew.doyle@usdoj.gov

RESPECTFULLY SUBMITTED ON BEHALF OF DEFENDANTS:

Dated: October 30, 2014    /s/ B. Demar Hooper
    B. Demar Hooper, Esq.
    3910 Knollwood Court
    Sacramento, CA 95821
    (916) 849-3447 (phone)
    demar@bdhooperlaw.com

| | | |
|---|---|---|
| 1 | Dated: October 30, 2014 | DOWNEY BRAND, LLP |
| 2 | | By /s/ Robert P. Soran |
| | | Robert P. Soran, Esq. |
| 3 | | 621 Capitol Mall, 18th Floor |
| | | Sacramento, CA  95814 |
| 4 | | (916) 444-1000 (phone) |
| | | rsoran@downeybrand.com |

**ORDER VACATING HEARING**

In accordance with the Parties' stipulation, the November 13, 2014 hearing on the United States' Unopposed Motion to Approve Consent Decree (ECF No. 39) is VACATED.  The motion is submitted upon the record and briefs on file.

IT IS SO ORDERED.

**Dated:  November 6, 2014**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Motion to Forego Hearing     3