UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MATTHEW R. ANCHORDOGUY, ANCHORDOGUY AND COMPANY LIMITED PARTNERSHIP, and JOHN R. BARLOW,

Defendants.

No. 2:13-cv-848-MCE-CMK

**ORDER GRANTING MOTION TO ENTER CONSENT DECREE**

Before the Court is an Unopposed Motion for Entry of Consent Decree. The Court has fully considered the proposed Consent Decree and finds that it is fair, reasonable, consistent with the Clean Water Act, and in the public interest. Further, no comments from the public were received. The motion is therefore GRANTED and the proposed Consent Decree is ENTERED. Simultaneous with the issuance of this Order, the Court has signed page 18 of the Consent Decree, and the Clerk of Court shall file

the fully-executed Consent Decree, together with its three appendices ("App. A," "App. B.," and "App. C"), as a final judgment of this Court.

IT IS SO ORDERED.

Dated: November 6, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT