1  Andrew J. Doyle (Fl. Bar No. 84948)
   Trial Attorney
2  United States Department of Justice
   Environment and Natural Resources Division
3  P.O. Box 7611
   Washington, DC  20044   / (202) 532-3156 (mobile)
4  andrew.doyle@usdoj.gov

5  Attorney for the United States

6
   DOWNEY BRAND LLP
7  Robert P. Soran, Esq.
   621 Capitol Mall, 18th Floor
8  Sacramento, CA  95814 / (916) 444-1000
   rsoran@downeybrand.com

9
   B. DEMAR HOOPER, Attorney
10 1195 Cemetery Road
   Priest River, ID 83856 / (916) 849-3447

11
   Attorneys for Defendants

12

13              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15 UNITED STATES OF AMERICA,    )    No. 2:13-cv-00848-MCE-CMK
                                )
16        Plaintiff,            )
                                )    STIPULATION AND MOTION
17           v.                 )    TO TERMINATE CONSENT
                                )    DECREE;
18 MATTHEW R.                    )    ORDER THEREON
   ANCHORDOGUY, et al.,         )
19                              )
                                )
20        Defendants.           )
                                )

   Stipulation and Motion to Terminate Consent Decree; Order Thereon 1

Pursuant Plaintiff United States of America ("United States") and Defendants Matthew R. Anchordoguy, Anchordoguy and Company Limited Partnership, and John R. Barlow ("Defendants") stipulate and move to terminate the Consent Decree that this Court entered on or about November 7, 2014 (ECF No. 45), as follows:

1.      The Consent Decree provides (Paragraph 57):  "After Defendants have paid civil penalties (Paragraph 19); recorded the Consent Decree (Paragraph 23, subparagraph c); completed mitigation (Paragraph 24); continuously complied with the injunctions (Paragraph 23, subparagraphs a and b) . . . ; and paid any outstanding stipulated penalties required by this Consent Decree, Defendants may" request termination of the Consent Decree.

2.      The Consent Decree also provides (Paragraph 58):  "If the United States agrees that the Consent Decree may be terminated, the Parties shall submit, for the Court's approval, an appropriate paper or pleading to terminate the Consent Decree."

3.      Defendants timely paid civil penalties, recorded the Consent Decree, and completed mitigation.

4.      No stipulated penalties are due from Defendants under the Consent Decree.

Stipulation and Motion to Terminate Consent Decree; Order Thereon 2

5.      Defendants warrant and represent, through their counsel, that they have continuously complied with the injunctions set forth in Paragraph 23, subparagraphs a and b.  Paragraph 23.a. provides:  "Defendants and Defendants' agents, successors, and assigns are enjoined from discharging any pollutant into Coyote Creek, Stream 1, Stream 2, Stream 3, Stream 4, Stream 5, Stream 6, or Unfilled Wetlands, unless such discharge complies with the provisions of the CWA and its implementing regulations."  Paragraph 23.b. provides:  "Defendants and Defendants' agents, successors, and assigns are enjoined from dredging or excavating any portion of Coyote Creek unless, before initiating any such activity, Defendants provide written notification to the Corps fully describing the proposed activity and obtain from the Corps a CWA section 404 permit, a verification of the applicability of a nationwide permit, or a determination that no CWA section 404 permit is required for the proposed activities."

6.      The United States relies on the foregoing warranty and representation from Defendants and is not aware of evidence indicating non-compliance.

7.      Accordingly, all conditions for termination of this Consent Decree have been met.

8.      The Consent Decree provides (Paragraph 60):  "Termination . . . does not extinguish the prohibitions of subparagraphs a and b of Paragraph 23, which run with ownership or control of the Site."

Stipulation and Motion to Terminate Consent Decree; Order Thereon 3

1    STIPULATED AND RESPECTFULLY SUBMITTED ON BEHALF OF THE

2    UNITED STATES:

3

4    Dated:  October 23, 2020                  */s/ Andrew J. Doyle_____*
                                               Andrew J. Doyle (Fl. Bar No. 84948)
5                                              Trial Attorney
                                               United States Department of Justice
6                                              Environment and Natural Resources
                                               Division
7                                              P.O. Box 7611
                                               Washington, DC  20044
8                                              (202) 514-4427 (phone)
                                               (202) 532-3156 (mobile)
9                                              (202) 514-8865 (fax)
                                               andrew.doyle@usdoj.gov
10
     STIPULATED AND RESPECTFULLY SUBMITTED ON BEHALF OF
11   DEFENDANTS:

12   Dated: October 23, 2020                   */s/ B. Demar Hooper_____*
                                               B. Demar Hooper, Esq.
13                                             1195 Cemetery Road
                                               Priest River, ID 83856
14                                             (916) 849-3447 (phone)
                                               demar@bdhooperlaw.com
15
     Dated:  October 23, 2020                  DOWNEY BRAND, LLP
16
                                               By */s/ Robert P. Soran____*
17                                             Robert P. Soran, Esq.
                                               621 Capitol Mall, 18th Floor
18                                             Sacramento, CA  95814
                                               (916) 444-1000 (phone)
19                                             rsoran@downeybrand.com

20

        Stipulation and Motion to Terminate Consent Decree; Order Thereon 4

**ORDER TERMINATING CONSENT DECREE**

In accordance with the Parties' stipulation and joint motion, and good cause appearing, the Consent Decree (ECF No. 45) is hereby TERMINATED.  As the Consent Decree provides (Paragraph 60):  "Termination does not extinguish the prohibitions of subparagraphs a and b of Paragraph 23, which run with ownership or control of the Site."  Paragraph 23.a. provides: "Defendants and Defendants' agents, successors, and assigns are enjoined from discharging any pollutant into Coyote Creek, Stream 1, Stream 2, Stream 3, Stream 4, Stream 5, Stream 6, or Unfilled Wetlands, unless such discharge complies with the provisions of the CWA and its implementing regulations."  Paragraph 23.b. provides:  "Defendants and Defendants' agents, successors, and assigns are enjoined from dredging or excavating any portion of Coyote Creek unless, before initiating any such activity, Defendants provide written notification to the Corps fully describing the proposed activity and obtain from the Corps a CWA section 404 permit, a verification of the applicability of a nationwide permit, or a determination that no CWA section 404 permit is required for the proposed activities."

IT IS SO ORDERED.

**Dated:  November 5, 2020**

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Stipulation and Motion to Terminate Consent Decree; Order Thereon 5